# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MOHAMMAD AMER,<br><br>       Plaintiff,<br><br>v.<br><br>SOUTHWEST CREDIT SYSTEMS, LP,<br><br>       Defendant. | Case No. 20-CV-685-JPS<br><br>**ORDER** |

  On May 1, 2020, Plaintiff filed a complaint alleging violations of the Fair Debt Collection Practices Act. (Docket #1). That same day, Plaintiff filed a motion to certify class, a motion to stay the motion to certify class, and a motion for relief from the briefing schedule prescribed by the local rules. (Docket #3). Defendant filed an answer on July 13, 2020. (Docket #5). On September 10, 2020, the parties filed a stipulation of dismissal of this action with prejudice and without costs to either party. (Docket #7). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court will adopt the stipulation of dismissal.

  Accordingly,

  **IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #7) be and the same is hereby **ADOPTED**;

  **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**; and

  **IT IS FURTHER ORDERED** that Plaintiff's motion to certify class, to stay the motion to certify class, and for relief from the briefing schedule prescribed by the local rules (Docket #3) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 14th day of September, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge